IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| Brenda Lee Bigelow, | Case No. 3:06-00048-JWS |
|---|---|
| Plaintiff, | **ORDER FROM CHAMBERS** |
| v. | [Re: Motion to Dismiss at Docket 20] |
| Jo Anne Barnhart, Commissioner of Social Security, | |
| Defendant. | |

The motion to dismiss this case as moot at docket 20 is **GRANTED**. The court specifically finds that this case has been rendered moot by the court's decision in plaintiff's favor in the earlier case, Case No. 3:00-cv-347. However, the court does not thereby draw any conclusion regarding an award of attorneys' fees in the case at bar.

In granting the motion at docket 20, the court takes no position on any attorneys' fees issue. If there is an issue regarding an award of attorneys' fees which the parties cannot resolve without the court's intervention, it shall be raised by motion to be filed not later than 30 days from the date of this order.

DATED this 9th day of August 2006.

/s/
John W. Sedwick
United States District Court Judge